AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
### Western District of New York

United States of America

v.

**SHANE GUAY**



Case No. 19-MJ- 63

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay SHANE GUAY, who is accused of an offense or violation based on the following Complaint filed with the Court, briefly described as follows:

(1)     On or about November 6, 2016 in the County of Cattaraugus, in the Western District of New York, the defendant, SHANE GUAY, did knowingly employ, use, persuade, entice, and coerce a minor who was under the age of 18 years, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce and the visual depictions were transported and transmitted in and affecting interstate and foreign commerce, in violation of **Title 18, United States Code, Section 2251(a) and 2251(e)**;

(2)     On or about April 2, 2017 in the County of Cattaraugus, in the Western District of New York, the defendant, SHANE GUAY, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of **Title 18, United States Code, Section 2252A(a)(2)(A) and 2252A(b)(1);** and

(3)     On or about August 6, 2018 in the County of Cattaraugus, in the Western District of New York, the defendant, SHANE GUAY, did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8), in violation of **Title 18, United States Code, Section 2252A(a)(5)(B)**.

Date: April 10, 2019

_____
*Issuing officer's signature*

City and State:  Buffalo, New York

HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

---

**Return**

This warrant was received on *(date)* 4/11/19, and the person was arrested on *(date)* 4/17/19, at *(city and state)* Portville, NY

Date: 4/19/19

_____
*Arresting officer's signature*

Nicholas Melchiorre, SA
*Printed name and title*