UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

SHANE GUAY,

              Defendant.

---

19-CR-103-LJV-HKS

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated August 26, 2019. |
| **RELIEF REQUESTED:** | Permission for Shane Guay to attend grandfather's funeral. |
| **DATED:** | Buffalo, New York, October 2, 2019. |

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Shane Guay*

**TO:** Jeremy Murray
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                    **19-CR-103-LJV-HKS**

      v.

                                       **AFFIRMATION**

SHANE GUAY,

            Defendant.
_____

      **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1.      I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent Shane Guay, who is currently on pretrial release under the condition of home incarceration.

2.      Mr. Guay's grandfather recently passed away.

3.      Mr. Guay requests permission to attend the funeral. Friends will be received on Friday (Oct. 4, 2019) from 10:00 a.m. to 12:00 p.m. at the Casey, Halwig & Hartle Funeral Home, 3128 W. State Road, Olean. Services will begin at noon in the funeral home. Burial with military honors will be in St. Bonaventure Cemetery.

4.      Mr. Guay will return home after a gathering for those bereaving his grandfather.

5.      The United States Probation Office does not have an objection to this request.

6.     I have attempted to notify Assistant United States Attorney Jeremy Murray, but he was not able to respond immediately. I am filing this motion now since it is a time sensitive matter.

**DATED**:  Buffalo, New York, October 2, 2019.

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Shane Guay*

**TO:**  Jeremy Murray
Assistant United States Attorney

2