IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                              19-CR-103

SHANE GUAY,

                Defendant.

---

## NOTICE OF APPEARANCE

**TO:** Clerk of the United States District Court
for the Western District of New York

You are hereby requested to remove Jeremy V. Murray, Special Assistant United States Attorney for the Western District of New York, as counsel for the United States on the above-entitled action.

You are further requested to enter my appearance as lead counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, October 25, 2019.

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney

                BY:    ***S/CATHERINE A. DAGONESE***
                            Special Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York  14202
                            716/843-5796
                            Catherine.Dagonese@usdoj.gov