UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

SHANE GUAY,

        Defendant.
_____

**19-CR-103-LJV-HKS**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated January 22, 2020. |
| **RELIEF REQUESTED:** | Permission for Shane Guay to attend a medical procedure. |
| **DATED:** | Buffalo, New York, January 22, 2020. |

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Shane Guay*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                                   **19-CR-103-LJV-HKS**

        v.

                                              **AFFIRMATION**

SHANE GUAY,

                Defendant.
_____
_

      **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

      1.      I represent Shane Guay, who is on "home incarceration" as a condition of his pretrial release.

      2.      Shane Guay's longtime girlfriend will be having surgery on January 27, 2020 at 12:30pm at Olean General Hospital to have tumors removed. Shane's girlfriend is expected to be discharged that night, at which time Shane will return home.

      3.      Shane is seeking permission to attend this surgery and provide support for her.

      4.      I have spoken with Shane's Probation Officer, Michael Macaluso, and he has no objection to this request.

**DATED**:  Buffalo, New York, January 22, 2020.

        Respectfully submitted,

        **/s/Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant Shane Guay*