IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                           19-CR-103

SHANE GUAY,

                      Defendant.

---

## NOTICE OF APPEARANCE

    TO:    Clerk of the United States District Court
               for the Western District of New York

You are hereby requested to enter my appearance as counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, January 24, 2020.

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney

                            By:   ***S/MEGHAN A. TOKASH***
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Western District of New York
                                   138 Delaware Avenue
                                   Buffalo, New York 14202
                                   (716) 843-5860
                                   Maghan.Tokash@usdoj.gov