IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    v.                                                     19-CR-103-JLS

SHANE GUAY,

                    Defendant.

---

## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO DEFENDANT'S OMNIBUS MOTIONS

THE UNITED STATES OF AMERICA, by and through its attorney, James P. Kennedy, Jr., Acting United States Attorney for the Western District of New York, Meghan A. Tokash, Assistant United States Attorney, of counsel, hereby files a supplemental government response to the defendant's pretrial omnibus motions (Dkt. 31).

### SUPPLEMENTAL INFORMATION

The government would like to bring the following timeline of events regarding the investigation to the Court's attention for consideration before deciding the defense motion to suppress evidence derived from the search warrant:

| Date | Event |
|---|---|
| November 5-8, 2016 | Ayer and Shirley Police Departments in Massachusetts receive complaints from minor victims and recover Instagram chats of enticement as well as Image 1 (a picture of the defendant's penis) to minors |
| November 10, 2016 | Preservation order sent to Instagram |

| Date | Event |
|---|---|
| November 22, 2016 | Massachusetts serves a search warrant on Instagram for account data |
| January 6, 2017 | Massachusetts investigators ask to schedule a meeting with the Assistant District Attorney (ADA); the ADA sets the meeting for March 8, 2017 and approves an arrest warrant for the defendant at the March 8, 2017 meeting |
| March 13, 2017 | ADA tells investigators that her supervisors decline prosecution and the case was sent to Massachusetts ICAC to forward to New York ICAC |
| May 1, 2017 | New York State Police receive the case; the New York State Police search warrant application (page 9) has Investigator Lombardi confirm an identical match of the defendant to the Instagram search warrant images (not just the chest as alleged on page 4 of the defense motion).   Investigator Lombardi also identified the room likeness to that of the room in Image 1. |
| May 2, 2017 | New York State Police conduct DMV searches tying the defendant to 147 North 9th Street in Olean, New York |
| August 14, 2017 | New York State Police requests a subpoena for IP addresses for the defendant's Instagram accounts in the Massachusetts search warrant |
| August 22, 2017 | Grand Jury subpoena sent to Verizon |
| September 5, 2017 | Verizon provides data; a sample of eight IPs all got to phone number 716-307-1305 (Carol Lata, 150 North 8th Street, Olean, New York; a sample of 25 Instagram logins also are linked to the same account |
| September 28, 2017 | New York State Police identify the defendant as the potential grandchild of Carol Lata via public-facing Facebook account; New York State Police then searched Facebook for 716-307-1305 and discover the phone is tied to the Facebook account of the defendant |
| October 23, 2017 | New subpoena is issued for Verizon for 716-307-1305; Verizon responds November 14, 2017 with the same account information |
| March 29, 2018 | New York State Police Investigator Lombardi searches Facebook to ensure 716-307-1305 is still associated with the defendant |

| | |
|---|---|
| April 6, 2018 | Investigator Lombardi searches the defendant's Facebook again and see a photograph on his page dated March 24, 2018 that matched the room in the November 2016 Instagram photos; Lombardi confirms the defendant is still at 147 North 8th Street based on DMV records and police reports; Lombardi forwards the information to New York State Police (Walsh) in Olean |
| April 18, 2018 | Homeland Security Investigations (HSI) receives a lead from Harris County Georgia and speaks with Investigator |
| April 18, 2018 | HSI enters the defendant's information into New York Law Enforcement deconfliction system |
| April 23, 2018 | HSI conducts a forensic interview of a minor victim in Atlanta with Harris County |
| May 31, 2018 | Search Warrant obtained for defendant's home |
| June 4, 2018 | While on military duty, HSI lead case agent receives a conflict notice for the defendant's case from the deconfliction system; this is the first time HSI learned of the New York State police case (5 days after the search warrant was obtained) |
| June 5, 2018 | Search Warrant executed on defendant's home |

Additionally, the government would like to bring the following facts to the Court's attention with respect to evidence found on the defendant's cell phone to indicate the defendant continued to collect child pornography *after* November 2016:

1. Cookies and browsing history consistent with child pornography sites from 2018;

2. Numerous child exploitation files and child pornography files dated 2017; and

3. Based on the Facebook search warrant return, the defendant's accounts were still active and the chats between V1 and V2 were not deleted despite what the defendant told Harris County investigators.

## CONCLUSION

For all of the foregoing reasons, the defendant's motions should be denied in their entirety.

DATED: Buffalo, New York, February 11, 2020.

                                                JAMES P. KENNEDY, JR.
                                                United States Attorney

                      BY:   s/ MEGHAN A. TOKASH
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  Western District of New York
                                  138 Delaware Avenue
                                  Buffalo, New York   14202
                                  716/843-5860
                                  Meghan.Tokash@usdoj.gov