

DEFENDANT'S EXHIBIT E



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



11/14/2018 13:06 EST — Page 2 of 3

## DETAILS OF INVESTIGATION

On May 31, 2018, the New York State Police (NYSP), based on a referral received from ICAC Massachusetts applied for and was granted a search warrant for the residence of Shane GUAY (DOB 5/4/991) located at 147 North 8th Street in Olean, NY. The warrant was authorized by the Honorable Daniel R. Palumbo, Olean City Court Judge.

On June 5, 2018, Special Agent Kathryn Gamble, Homeland Security Investigations (HSI) Buffalo assisted members of the NYSP execute the search warrant at the SUBJECT PREMISES.

The following evidence was seized from the SUBJECT PREMISES:

- LG G6 cellular phone
- Sony PlayStation 4
- Acer Aspire laptop
- Compaq Presario laptop
- Compaq Presario tower
- Dell Dimension 4600 tower
- Gateway Essential tower
- E-Machines T1150 tower
- Dell Inspiron 1300 laptop
- Compaq Presario CQS7
- Two (2), Xbox 360s
- Two (2) PlayStation Portables
- Acer Aspire One laptop
- Coby USB drive
- Samsung cellular phone

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Shane GUAY | BU07QS18BU0025-005 | 6/28/2018 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.