UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

        v.

SHANE GUAY,

        Defendant.
───────────────────────────────

**19-CR-103-LJV-HKS**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable John L. Sinatra, United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated July 27, 2020. |
| **RELIEF REQUESTED:** | Adjournment of Status Conference |
| **DATED:** | Buffalo, New York, July 27, 2020. |

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Shane Guay*

**TO:** Meghan Tokash
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                              19-CR-103-LJV-HKS

       v.

SHANE GUAY,                                                         **AFFIRMATION**

       Defendant.
_____

    **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Shane Guay.

2. I make this affirmation in support of Mr. Guay's motion to adjourn a status conference set for July 28, 2020.

3. Due to scheduling conflicts, I request a two-day adjournment, until July 30, 2020.

4. Assistant United States Attorney Meghan Tokash has no objections to this adjournment.

5. Should the motion be granted, the defendant agrees that the speedy trial time between the granting of the adjournment and the status date is excludable in the interests of justice and for the effective assistance of counsel. These interests outweigh Mr. Guay's interest and that of the public in a speedy trial.

**DATED**:  Buffalo, New York, July 27, 2020

          Respectfully submitted,

          **/s/Jeffrey T. Bagley**
          Jeffrey T. Bagley
          Assistant Federal Public Defender
          Federal Public Defender's Office
          300 Pearl Street, Suite 200
          Buffalo, New York 14202
          (716) 551-3341, (716) 551-3346 (Fax)
          jeffrey_bagley@fd.org
          *Counsel for Defendant Shane Guay*