UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.  19-CR-103-JLS

SHANE GUAY,

            Defendant.
_____

### SPEEDY TRIAL ORDER
(July 30, 2020 through September 1, 2020)

Whereas on July 30, 2020, Assistant United States Attorney Meghan A. Tokash, Defendant Shane Guay, and Defendant's attorney Jeffrey T. Bagley, Assistant Federal Public Defender, all appeared in person for a status conference. The defense advised the Court that the government tendered a plea agreement and the defense requested a continuance for approximately 30 days to continue to review the plea and resolve any remaining issues, determining that a continuance in the proceedings would be in the interest of justice and, with the consent of Defendant, determined that all time from July 30, 2020 through and including September 1, 2020, should be excluded pursuant to the provisions of Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court noted that as of September 1, 2020, six (6) days of Speedy Trial Act time will have elapsed in this action and sixty-four (64) days remain within which the trial must commence.

DATED: Buffalo, New York, August 3, 2020.

                                                s/John L. Sinatra, Jr.
                                                JOHN L. SINATRA, JR.
                                                UNITED STATES DISTRICT JUDGE