UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                                                          19-CR-103-JLS

SHANE GUAY,

                Defendant.
_____

**SPEEDY TRIAL ORDER**
(September 1, 2020 through October 1, 2020)

Whereas on September 1, 2020, the defendant, and his attorney Jeffrey Bagley, Assistant Federal Public Defender, asked for a 30-day adjournment in lieu of the previously scheduled status conference. The defense advised chambers that they needed more time to review and discus the tendered plea agreement, and the defense requested a continuance for approximately 30 days to continue to review the plea. The Court, in determining that a continuance in the proceedings would be in the interest of justice and, with the consent of the defendant, determined that all time from September 1, 2020 through and including October 1, 2020, should be excluded pursuant to the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court notes that as of October 1, 2020, six (6) days of Speedy Trial Act time will have elapsed in this action and sixty-four (64) days remain within which the trial must commence.

DATED: Buffalo, New York, September __1__, 2020.

_____
HONORABLE JOHN L. SINATRA, JR.
United States District Judge