UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                            19-CR-103 (JLS)

SHANE GUAY,

                  Defendant.
_____

## SPEEDY TRIAL ORDER
(October 1, 2020 through October 27, 2020)

On October 1, 2020, the defendant, his attorney Jeffrey Bagley, Assistant Federal Public Defender, and Assistant United States Attorney Meghan A. Tokash appeared in person, for a status conference to set a trial or plea date. The defense asked the Court to set a plea date for November 2, 2020, or some time close to that date. The defense would use the additional time for the defendant to get his affairs in order should the Court remand him to the custody of the U.S. Marshals on the date of the plea. The Court, in determining that a continuance in the proceedings would be in the interest of justice and, with the consent of the defendant, determined that all time from October 1, 2020 through and including October 27, 2020, should be excluded pursuant to the provisions of Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).

The Court notes that as of October 27, 2020, six days of Speedy Trial Act time will have elapsed in this action and sixty-four days remain within which the trial must commence.

DATED: October __/__, 2020
Buffalo, New York

_____
JOHN L. SINATRA, JR.
United States District Judge