UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



───────────────────────────────

UNITED STATES OF AMERICA,

v.                                                                  19-CR-103-JLS

SHANE GUAY,

          Defendant.

───────────────────────────────

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on December 2, 2020, Defendant SHANE GUAY pled guilty to Count 3 of the Indictment (docket # 19-CR-103), that charged him with receipt of child pornography in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1), and,

WHEREAS, based upon Defendant's conviction on Count 3, and from his admission to the forfeiture allegation contained in the Indictment, the government has established the requisite nexus between the property and the offense committed by Defendant and therefore the following property is subject to forfeiture:

    a.    One (1) Acer Aspire Laptop, bearing serial number LU5DE0D1600347C6E41601;

    b.    One (1) Compaq Presario Tower, bearing serial number MXK4181PW3;

    c.    One (1) Dell Inspiron Laptop, bearing serial number 6536C91;

    d.    One (1) LG G4 cellphone, bearing serial number 602CYCV0219059.

NOW THEREFORE, pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), Title 18, United States Code, Sections 2253(a)(1) and (a)(3), and the incorporated procedures of Title 21, United States Code, Section 853, it is hereby;

ORDERED, ADJUDGED, and DECREED that pursuant to Title 21, United States Code, Sections 853(c) and (e) through (p), the above listed property and/or any interest therein is hereby condemned and forfeited to the United States of America and shall be disposed of according to law; and it is further

ORDERED, ADJUDGED, and DECREED that this Order shall serve as a judgment in favor of the United States of America regarding any and all of Defendant's right, title, and interest in the above described property.  The property is hereby condemned and forfeited to the United States of America and shall be disposed of according to law, and the United States of America shall seize the aforementioned property, to protect the interests of the Government in the property ordered forfeited by providing a copy of this Order to any person or entity which has possession of, or jurisdiction over the forfeited interests, and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession of the property; and it is further

ORDERED, ADJUDGED and DECREED that pursuant to Title 21, United States Code, Section 853(h), following the seizure of the property ordered forfeited, the Secretary of the Department of Homeland Security shall direct the disposition of the property making due provision for the rights of any innocent persons; and it is further

ORDERED, ADJUDGED, and DECREED that pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Secretary of the Department of Homeland Security may direct, and provide notice that any person, other than Defendant, having or claiming a legal interest in the above forfeited property must file a petition with the court within thirty (30) days of the final publication of notice, or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for request of a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in any of the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified, and it is further,

ORDERED, ADJUDGED, AND DECREED, that in the event that a Final Order of Forfeiture is issued concerning the subject property, the Department of Homeland Security and/or any other duly authorized federal agency shall dispose of the forfeited property according to law.  The Department of Homeland Security shall be reimbursed for all costs incurred arising from the seizure and custody of said property.  All remaining funds shall be deposited with United States Department of Treasury Asset Forfeiture Fund; and it is further,

ORDERED, ADJUDGED, AND DECREED, that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

Dated:  December 14, 2020
        Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

4