UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.

SHANE GUAY,

             Defendant.
_____

19-CR-103-JLS-HKS

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable John L. Sinatra, Jr., United States District Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated March 18, 2021. |
| **RELIEF REQUESTED:** | A 45-day adjournment of the Sentencing date and Scheduling Order. |
| **DATED:** | Buffalo, New York, March 18, 2021. |

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Shane Guay*

**TO:**    Meghan Tokash
           Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-103-JLS-HKS |
| v. | **AFFIRMATION** |
| SHANE GUAY, | |
| Defendant. | |

_____

**JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Shane Guay.

2. Sentencing is currently scheduled before Your Honor on April 1, 2021.

3. I respectfully request a 45-day adjournment of the Sentencing date so that I can better prepare for sentencing. I have not been able to meet with Mr. Guay at the jail since his detention, and I would like to do so before sentencing.

4. Assistant United States Attorney Meghan Tokash has no objections to this adjournment.

**WHEREFORE,** it is respectfully requested that the Court grant Mr. Guay's motion for a 45-day adjournment of the Sentencing date, currently set for April 1, 2021, and Scheduling Order.

**DATED**:  Buffalo, New York, March 18, 2021.

                                            Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
jeffrey_bagley@fd.org
*Counsel for Defendant Shane Guay*

**TO**:  Meghan Tokash
Assistant United States Attorney

2