# HON. JOHN L. SINATRA, JR.
## Sentencing Timeline

USA v.  Shane Guay     Case #  19-cr-103

### FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING

Presentence Report to Defendant,
Defendant's Counsel & AUSA
**45 days prior**

**Due:** Wednesday, March 31, 2021



Statements with Respect to Sentencing Factors
Objections to Presentence Report
Sentencing Motions & Sentencing Memoranda
**31 days prior**

**Due:** Wednesday, April 14, 2021



Responses to Sentencing Motions
Responses to Sentencing Memoranda
Responses to Objections
**21 days prior**

**Due:** Friday, April 23, 2021



| Presentence Report to Court | Character Letters |
|---|---|
| **14 days prior** | **14 days prior** |

**Due:** Friday, April 30, 2021



Motions to Adjourn
**10 days prior**

**Due:** Wednesday, May 05, 2021

Sentencing Date
*at least 120 days after the plea*

**Date:** Friday, May 14, 2021
4:00

*Date of Plea:  12/02/2020*