IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                         19-CR-103

SHANE GUAY,

                      Defendant.

---

## NOTICE OF APPEARANCE

TO:    **Clerk of the United States District Court
         for the Western District of New York**

You are hereby requested to enter my appearance as co-counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, March 19, 2021

                                                JAMES P. KENNEDY, JR.
                                                United States Attorney

By:    */S/LAURA A. HIGGINS*
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York   14202
        716/843-5862
        Laura.Higgins@usdoj.gov